IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DANNY LYNN WARE, | § | |
| Petitioner, | § | |
| v. | § | 2:15-CV-0081 |
| LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On January 30, 2018, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that the instant habeas application be denied. As of this date, no objections to the Magistrate Judge's Findings, Conclusions and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States Senior District Judge is of the opinion the Magistrate Judge's Findings, Conclusions and Recommendation is ADOPTED. Accordingly, the petition for a writ of habeas corpus is DENIED.

IT IS SO ORDERED.

ENTERED this 1st day of March 2018.

MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE